STATE OF NEW JERSEY v. THOMAS T. BUDD, JR.

July 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS AGNES.

July 21, 1978. Petition for certification denied.

HERMAN CAPLAN v. MEYER BROTHERS.

July 21, 1978. Petition for certification denied.

MARGOT MROZEK SCHNEIDER v.
JOSEPH M. MROZEK.

July 21, 1978. Petition for certification denied.

THE SHAFTSBURY CENTERS, INC. v.
CITY OF HACKENSACK.

July 21, 1978. Petition for certification denied.

EPIC-SCHWALJE CONSTRUCTION v.
STONY BROOK REGIONAL SEWERAGE AUTHORITY.

July 21, 1978. Petition for certification denied.